**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHARNITA PROCTOR,

Plaintiff, Case No. 1:26-cv-00038-CRC

v.

BARCLAYS BANK DELAWARE, et al.

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Charnita Proctor, by and through undersigned counsel, hereby dismisses defendant Sallie Mae Bank from this action.

Dated: March 20, 2026

Respectfully submitted,

/s/ Jeffery W. Styles
Jeffery W. Styles (No. 20659)
Washington Legal Group LLC
1001 Connecticut Ave, NW
Suite # 1138
Washington, DC 20006
Telephone: (240) 503-1708
jstyles@washlegal.com

Attorney for Plaintiff
Charnita Proctor